NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDRES GUTIERREZ ESTRADA,**
*Appellant,*

v.

**TELEFONOS DE MEXICO, S.A.B. DE C.V.,**
*Appellee.*

---

2010-1558

(Opposition Nos. 91183487 and 91183509)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Andres Gutierrez Estrada moves for a 40-day extension of time to file his brief, or in the alternative, moves for a 21-day extension of time to file an informal brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Estrada's brief is due within 40 days of the date of filing of this order.

FOR THE COURT

NOV    8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andres Gutierrez Estrada (Informal Brief Form Enclosed)
  Julie B. Seyler, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 8 2010

JAN HORBALY
CLERK